**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Pablo HERRERA–BARAJAS, Defendant–Appellant.**

**No. 09–16482**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 17, 2010.

L. Elizabeth Lane, Macon, GA, for Plaintiff–Appellee.

Michelle Schieber, Macon, GA, for Defendant–Appellant.

Before DUBINA, Chief Judge, TJOFLAT and ANDERSON, Circuit Judges.

PER CURIAM:

Elizabeth Lane, appointed counsel for Juan Herrera–Barajas, filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Herrera–Barajas's conviction and sentence are **AFFIRMED.**